**Deny and Opinion Filed June 27, 2022**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00178-CV

## IN RE JA-LYNN KUO; JLKUO, PLLC; SUBHO MULLICK; SM ER, PLC; SALIMA AMIN THOBANI; AND SRG CONSULTING, LLC, Relators

**Original Proceeding from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-02273**

## MEMORANDUM OPINION

Before Justices Osborne, Partida-Kipness, and Carlyle
Opinion by Justice Osborne

Before the Court are relators' petition for writ of mandamus and real party in interest's response. In the petition, relators challenge the trial court's order granting real party's motion to strike relators' jury demand and the trial court's order denying relators' motion for continuance.

Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that relators lack an adequate appellate remedy. *In re Copart, Inc.*, 619 S.W.3d 710, 713 (Tex. 2021) (orig. proceeding) (citing *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding)). Based on our review of the petition, response, and the record, we conclude that relators

have failed to show an abuse of discretion. Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).


220178f.p05

/Leslie L. Osborne/
LESLIE L. OSBORNE
JUSTICE